UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS UNION LOCAL NO. 710 PENSION FUND, and JAMES E. DAWES and NEAL J. LONDON, Trustees, <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGO BOXED BEEF DISTRIBUTORS, INC a dissolved Illinois corporation, <br><br> Defendant. | Case No. 13-cv-0967 |

COMPLAINT

Plaintiffs, International Brotherhood Of Teamsters Union Local No. 710 Pension Fund, and James E. Dawes and Neal J. London, two of its present trustees, for a cause of action against the Defendant, Chicago Boxed Beef Distributors, Inc., a dissolved Illinois corporation, allege as follows:

JURISDICTION AND VENUE

1. This is an action for collection of withdrawal liability, interest, and penalties incurred by an employer as a result of a withdrawal from a multiemployer pension plan.

2. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA") *as amended* by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. §1001 *et seq*. (1982). This Court has jurisdiction over this action under sections 502(e), 502(f), and 4301(c) of ERISA, 29 U.S.C. §§1132 (e), 1132(f) and 1451(c).

3. Venue lies in this Court under sections 502(3)(2) and 4301(d) of ERISA, 29 U.S.C. §§1132(e)(2) and 1451(d), in that Plaintiff Pension Fund is administered at its principal place of business in Mokena, Illinois.

## PARTIES

4. Plaintiff International Brotherhood Of Teamsters Union Local No. 710 Pension Fund ("Pension Fund") is a multiemployer pension plan within the meaning of sections 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§1002(37) and 1301(a)(3). Plaintiff Trustees are among the present trustees of the Pension Fund who are collectively the plan sponsor of the Pension Fund within the meaning of section 4001(a)(10)(A) of ERISA, 29 U.S.C. §1301(a)(10)(A). The Trustees administer the Pension Fund at 9000 W. 187th Street, Mokena, IL 60448.

5. Pursuant to sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. §§1132(a)(3) and 1451(a)(1), the Trustees are authorized to bring this action on behalf of the Pension Fund and its participants and beneficiaries for the purpose of collecting withdrawal liability.

6. Defendant Chicago Boxed Beef Distributors, Inc. ("CBB") is a dissolved Illinois corporation which for all relevant times had its principal place of business located in the State of Illinois at 1007 Geneva Street, Shorewind, IL, 60404.

## CLAIM FOR RELIEF

7. CBB, and all other trades of business under common control with CBB (the "CBB Controlled Group") constitute a single employer within the meaning of section 4001(b)(1) of ERISA, 29 U.S.C. § 1301(b)(1), and the regulations promulgated thereunder.

8. The CBB Controlled Group is the "employer" for purposes of the determination and assessment of withdrawal liability under Title IV of ERISA.

9. CBB was subject to a collective bargaining agreement, executed between itself and Teamsters Local Union No. 710, under which CBB was required to make contributions to the Pension Fund on behalf of certain of its employees.

10. The Pension Fund has determined that on or about October 31, 2011, CBB permanently

ceased to have an obligation to contribute to the Pension Fund, and, thereafter, no member of the CBB Controlled Group was contributing or was obligated to contribute to the Pension Fund.

11. The Pension Fund determined that the CBB Controlled Group effected a "complete withdrawal" from the Pension Fund within the meaning of section 4203 of ERISA, 29 U.S.C. § 1583.

12. As a result of this complete withdrawal, all entities constituting the CBB Controlled Group, including Defendant CBB, incurred withdrawal liability to the Pension Fund in the amount of $227,419.00, as determined under section 4201(b) of ERISA, 29 U.S.C. §1581(b).

13. On or about August 8, 2012, the CBB Controlled Group, through Defendant CBB, received a notice and demand for payment of withdrawal liability issued by the Pension Fund, in accordance with sections 4202(2) and 4219(b)(1) of ERISA, 29 U.S.C. §§1482(2) and 1399(b)(1). The notice and attached invoice notified the employer that it was required to discharge its liability in either a lump sum payment or in accordance with a schedule of amortized payments that accompanied the notice and demand.

14. On or about October 22, 2012, the CBB Controlled Group, through Defendant CBB, received a notice from the Pension Fund, pursuant to section 4219(c)(5)(A) of ERISA, 29 U.S.C. § 1399(c)(5)(A), that its withdrawal liability payments were past due, and which forewarned the employer of the consequences of its failure to pay such liability.

15. The CBB Controlled Group, including Defendant CBB, did not timely initiate arbitration pursuant to section 4221(a)(1) of ERISA, 29 U.S.C §1401(a)(1); consequently the amounts demanded by the Pension Fund are due and owing pursuant to section 4221(b)(1) of ERISA, 29 U.S.C. §1401(b)(1).

16. The members of the CBB Controlled Group, including Defendant CBB, have failed to make the withdrawal liability payments to the Pension Fund and are in default within the meaning of section 4219(c)(5) of ERISA, 29 U.S.C. §1399(c)(5).

17. The members of the CBB Controlled Group, including Defendant CBB, are jointly and

severally liable to the Pension Fund for the withdrawal liability.

  WHEREFORE, Plaintiffs request the following relief:

(a)  A judgment against Defendants jointly and severally, and on behalf of Plaintiffs pursuant to section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), for:

 (1)  $227,419.00 in withdrawal liability;
 (2)  accrued and owing interest at the prime rate per annum on the withdrawal liability;
 (3)  an amount equal to the greater of the interest on the withdrawal liability or liquidated damages of 20% of the unpaid withdrawal liability;
 (4)  attorney's fees and costs;

(b)  That this Court retain jurisdiction of this cause pending compliance with its orders; and

(c)  For such further or different relief as this Court may deem proper and just.

Respectfully submitted,

s/Paul M. Newcomer
Law Offices of Russell N. Luplow
Attorneys for I. B. of T. Union Local
  No. 710 Pension Fund
185 Oakland Avenue; Suite 200
Birmingham, MI 48009
(248) 644-8666
pmnewcomer@msn.com

Robert B. Greenberg
(IL ARDC# 1047558)
Asher, Gittler Greenfield
Local Counsel for I. B. of T. Union
  Local No. 710 Pension Fund
200 W. Jackson Blvd., Ste. 1900
Chicago, IL 60606
rbg@ulaw.com