UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS UNION LOCAL NO. 710 PENSION FUND, and JAMES E. DAWES and NEAL J. LONDON, Trustees, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.13-cv-00967 Hon. S.J. Coleman |
| v. | ) ) | |
| CHICAGO BOXED BEEF DISTRIBUTORS, INC. a dissolved Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Chicago Boxed Beef Distributors, Inc.
c/o Mr. Ronald A. Murray
1007 Geneva Street
Shorewood, IL 60404

**PLEASE TAKE NOTICE** that on Thursday, May 9, 2013, at the hour of 8:45 a.m., or as soon thereafter as counsel may be heard, the attorney for the I. B. of T. Union Local No. 710 Pension Fund will appear before the Hon. Sharon J. Coleman, Judge of the United States District Court for the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, IL, Room 1932 or such other Judge as may be sitting in her stead, and present the attached *Motion For Entry Of Default And Default Judgment*.

Respectfully submitted,

s/Paul M. Newcomer
Law Offices of Russell N. Luplow
Attorneys for I. B. of T. Union Local
      No. 710 Pension Fund
185 Oakland Avenue; Suite 200
Birmingham, MI 48009
(248) 644-8666
pmnewcomer@msn.com

Robert B. Greenberg
(IL ARDC# 1047558)
Asher, Gittler Greenfield
Local Counsel for I. B. of T. Union
      Local No. 710 Pension Fund
200 W. Jackson Blvd., Ste. 1900
Chicago, IL 60606
rbg@ulaw.com

April 30, 2013